Mabel H. Angell, Respondent, v. Town of Chatham, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Houghton, JJ., who dissented.

Kellogg Boynton and Robert J. McNally, Respondents, v. Troy Automobile Exchange, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Amelia Di Domenico, as Administratrix, etc., of Salvatore Di Domenico, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Lyon, J., not voting.

Arthur L. Dickinson, Appellant, v. Charles Hilsinger, Respondent.— Judgment affirmed, with costs. All concurred, except Lyon, J., dissenting.

The Gerlach-Barklow Company, Respondent, v. John W. Haley, Appellant.— Judgment unanimously affirmed, with costs.

Malcolm Gibson, Appellant, v. Lawrence Barnum, Respondent.— Interlocutory judgment affirmed, with costs, with usual leave to plaintiff to withdraw demurrer and answer upon payment of costs of demurrer and in this court. All concurred.

Frances Graves, Respondent, v. The Village of New Berlin, Appellant.— Judgment and order unanimously affirmed, with costs. The court holding that the verdict is supported by sufficient evidence, and that the declarations of the trustee claimed to have been erroneously admitted were not properly objected to, nor was a motion made to strike them out, and in any event if error was committed in receiving the same the error was not sufficient to call for a reversal; Lyon, J., not sitting.

Patrick Hourihan, as Administrator, etc., of Timothy Hourihan, Deceased, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., who dissented upon the ground that there is no evidence upon which the jury was authorized to find substantial damages; Houghton, J., not sitting.

William J. Hough, Respondent, v. F. W. Woolworth and Company, Appellant.— Judgment and order unanimously affirmed, with costs.